DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHEL HILL, Bar #151522
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
CESAR RAMIREZ-CASTILLO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 1:08-cr-00312 LJO |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; |
| v. | ) ) | ORDER |
| CESAR RAMIREZ-CASTILLO, | ) ) | Date : February 6, 2009 |
| Defendant. | ) ) ) | Time: 9:00 a.m. Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference Hearing in the above captioned matter scheduled for January 16, 2009, **may be continued to February 6, 2009, at 9:00 a.m.**

This continuance is requested by counsel for the defendant because this is a case newly re-assigned from Marc Ament to me. Additional time is needed to meet and discuss case with client. The requested continuance will conserve time and resources for both counsel and the court.

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. §§3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

                                          LAWRENCE BROWN
                                          Acting United States Attorney

DATED: January 14, 2009              /s/ Ian Garriques
                                          IAN GARRIQUES
                                          Assistant United States Attorney
                                          Attorney for Plaintiff

                                          DANIEL J. BRODERICK
                                          Federal Defender

DATED: January 14, 2009              /s/ Rachel Hill
                                          RACHEL HILL
                                          Assistant Federal Defender
                                          Attorney for Defendant
                                          Cesar Ramirez-Castillo

**O R D E R**

GOOD CAUSE EXISTS FOR THE CONTINUANCE.   Time is excluded in the interests of justice pursuant to 18 U.S.C.  §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   January 14, 2009**            /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE